## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ZHENDI WANG (A# 240-154-344),

       Petitioner,

v.                                              No. 25-CV-00138-JB-JFR

GEORGE DEDOS, in his official capacity
As Warden of the Torrance County Detention
Facility; MARY DE ANDA-YBARRA, in
her official capacity as El Paso Field Office
Director, Immigration and Customs Enforcement,
Enforcement and Removal Operations; and
KRISTI NOEM, in her official capacity as
United States Secretary of Homeland Security;

       Respondents.

## ORDER GRANTING SEALED UNOPPOSED MOTION TO FILE UNDER SEAL
## EXHIBIT CONTAINING MEDICAL RECORDS

WHEREAS Respondents Mary De Anda-Ybarra and Kristi Noem (the "Federal Respondents") filed a Sealed Unopposed Motion to File Under Seal Exhibit Containing Medical Records; and

WHEREAS the Court finds good cause for the request, specifically that the exhibit contains Petitioner's medical records with his statements to medical providers, diagnoses, diagnostic and laboratory results, and medical treatments, all of which are the type of information subject to sealing; and

WHEREAS the Court further finds that this case is already subject to limited public access, thus, this sealing will not meaningfully prevent public access;

The Court hereby orders that Federal Respondents' Exhibit A be allowed to be filed under seal and that it remains sealed from public access. The Court notes that Petitioner's non-opposition

to this request does not bar him from challenging the records on other grounds, including (but not limited to) the authenticity, accuracy, and relevancy of the exhibit to the issues in this case.


Hon. John F. Robbenhaar
UNITED STATES MAGISTRATE JUDGE

Approved as to form by:

*David A. Isaacson electronic approval 7/25/25*
David A. Isaacson
Cyrus D. Mehta & Partners PLLC
One Battery Park Plaza, 9th Floor
New York, NY 10004
Tel: (212) 425-0555
Fax: (212) 425-3282
Email: disaacson@cyrusmehta.com
**Counsel for Petitioner**

*/s/ Kristopher N. Houghton*
Kristopher N. Houghton
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1460; Fax: (505) 346-7205
kristopher.houghton@usdoj.gov

**Counsel for Federal  Respondents**