**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ZHENDI WANG,

      Petitioner,

vs.                                                                 No. CIV 25-0138 JB/JFR

GEORGE DEDOS, in his official capacity
As Warden of the Torrance County Detention
Facility; MARY DE ANDA-YBARRA, in
her official capacity as El Paso Field Office
Director, Immigration and Customs
Enforcement, Enforcement and Removal
Operations; and KRISTI NOEM, in her official
capacity as United States Secretary of
Homeland Security,

      Respondents.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Petitioner's Notice of Dismissal, filed January 13, 2026 (Doc. 45)("Notice").  In the Notice, the Petitioner dismisses without prejudice the Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, filed February 10, 2025 (Doc. 1).  Notice at 1.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) the request in the Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, filed February 10, 2025 (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and parties:*

David Isaacson
Cyrus D. Mehta & Partners PLLC
New York, New York

  *Attorneys for the Petitioner*

Daniel P. Struck
Jacob B. Lee
Struck Love Acedo, PLC
Chandler, Arizona

  *Attorneys for Respondent George Dedos*

Todd Blanche
 Deputy Attorney General
United States Department of Justice
Washington, D.C.

-- and --

Ryan Ellison
 First Assistant United States Attorney
 Nicholas M. Sydow
 Kristopher N. Houghton
 Ryan Posey
  Assistant United States Attorney
 United States Attorneys Office
 Albuquerque, New Mexico

  *Attorneys for Respondents Mary De Anda-Ybarra, and Kristi Noem*